Received and E-Filed for Record
8/11/2022 11:17 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Kayla Argueta

CAUSE NUMBER: 22-08-10173

**ELIZABETH ARDEEL, ET AL**
**PLAINTIFF**

VS.                                          IN THE 2ND JUDICIAL DISTRICT COURT
                                             OF MONTGOMERY COUNTY, TEXAS

**CHUBB LLOYD'S INSURANCE COMPANY**
**OF TEXAS, ET AL**
**DEFENDANT**

### RETURN OF SERVICE

My name is **DANE CUPPETT**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Tuesday August 09, 2022 AT 02:18 PM** - , **TWO(2) DUPLICATE COPIES OF CITATION, PLAINTIFF'S ORIGINAL PETITION, DISCOVERY AND A $55.00 JURISDICTIONAL FEE** came to hand for service upon **SEEK NOW, INC. BY SERVING THE TEXAS SECRETARY OF STATE**.

On **Wednesday August 10, 2022** at **03:36 PM** - The above named documents were hand delivered to: **SEEK NOW, INC. BY SERVING THE TEXAS SECRETARY OF STATE @ 1019 BRAZOS ST., AUSTIN, TX 78701, in Person.** by delivering to Michelle Robinson, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                               DECLARATION

"My name is **DANE CUPPETT,** my date of birth is 10/09/1984 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Thursday August 11, 2022**

 /s/DANE CUPPETT                             PSC#7114 EXP. 10/30/23
Declarant                                    Appointed in accordance with State Statutes

2022.08.674826